# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 12, 2022

Lyle W. Cayce
Clerk

No. 21-10133

FELESIA HAMILTON; TASHARA CALDWELL; BRENDA JOHNSON;
ARRISHA KNIGHT; JAMESINA ROBINSON; DEBBIE STOXSTELL;
FELICIA SMITH; TAMEKA ANDERSON-JACKSON; TAMMY
ISLAND,

*Plaintiffs—Appellants*,

*versus*

DALLAS COUNTY, *doing business as Dallas County Sheriff's Department*,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CV-313

ON PETITION FOR REHEARING EN BANC

(Opinion August 3, 2022, 5 CIR., 2022, 42 F.4th 550)

Before RICHMAN, *Chief Judge*, and JONES, SMITH, STEWART,
DENNIS, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON,
WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM, and WILSON,
*Circuit Judges*.

PER CURIAM:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 41.3, the panel opinion in this case dated August 3, 2022, is VACATED.